# Radnor Township Electric Light Company v. Brown, Appellant.

Argued Feb. 10, 1904. Appeal, No. 256, Jan. T., 1903, by
defendants, from decree of C. P. Delaware Company, March T.,
1903, No. 217, on bill in equity in case of Radnor Township
Electric Light Company v. Martha Morris Brown and Mary
J. B. Chew. Before MITCHELL, C. J., DEAN, FELL, MESTRE-
ZAT and THOMPSON, JJ. Affirmed.

OPINION BY MR. JUSTICE DEAN, March 21, 1904:

This case raises the same questions of fact and law as those
in the case between the same parties, No. 257, January term,
1903, in which opinion is handed down herewith.

In this case the defendants cut down the poles on which the
Electric Light Company had strung its wires. The court on
bill filed by the company decreed that defendants be enjoined
from interfering with the poles and wires. From that decree
defendants bring this appeal. The decree of the court below
is affirmed for the same reasons as given in No. 257 between
the same parties.